IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ABNER FIGUEROA-MALDONADO, *et al.*,<br><br>**Plaintiff,**<br><br>v.<br><br>PFIZER PHARMACEUTICALS, LLC, *et al.*,<br><br>**Defendants.** | CIVIL NO. 19-1803 (JAG) |

PARTIAL JUDGMENT

Pursuant to the Court's Opinion and Order entered Tuesday, October 20, 2020, Docket No. 30, Partial Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiffs' (1) claims arising under Law 80, Art. 1054, and Art. 1802; (2) ADA claims based on events that took place before Mr. Figueroa's GERD diagnosis in 2014; (3) individual ADA claims based on discrete acts of discrimination or retaliation that took place before May 19, 2017; (4) individual Law 44 and Law 100 claims based on discrete acts of discrimination that took place before March 15, 2017; and (5) claims arising under the Constitution of Puerto Rico.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Friday, October 22, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE