IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ABNER FIGUEROA-MALDONADO, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> PFIZER PHARMACEUTICALS, LLC, *et al.*, <br><br> **Defendants.** | CIVIL NO. 19-1803 (JAG) |

### JUDGMENT

Pursuant to the Court's Memorandm and Order entered Thursday, March 31, 2022, Docket No. 153, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiffs' case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, April 18, 2022.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE